# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Steven A. Floyd ,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                      3:10-cv-474

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 18, 2011 Order.

Signed: October 18, 2011

Frank G. Johns, Clerk
United States District Court